KRISTEN CLARKE
Assistant Attorney General for Civil Rights
SAMEENA SHINA MAJEED
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America

**SIERRA LAW CENTER, APC**
Jacob Zamora, Esq., (SBN 223911)
748 S. Meadows Parkway, Unit A9-183
Reno, Nevada 89521
Telephone: (530) 798-3548
Facsimile: (530) 687-0330
Email: jdz@jdzlaw.com

Attorney for Defendants,
JOEL LYNN NOLEN;
SHIRLEE NOLEN; and
NOLEN PROPERTIES, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOEL LYNN NOLEN, et al.<br><br>　　　　Defendants. | Case No: 2:23-cv-00320-CKD<br><br>**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Having considered the joint motion of Plaintiff the United States of America and Defendants Joel Nolen, Shirlee Nolen, and Nolen Properties, LLC, to extend the deadline to file a joint status report, it is hereby determined that good cause exists and the motion is GRANTED.

**It is hereby ORDERED that** a joint status report filed by all parties to this litigation is due twenty-one days after the date upon which Defendants Nancy Canale, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust, and Bernard Canale, by and through his successor in interest Nancy Canale, are required to respond to the amended complaint under Rule 12 of the Federal Rules of Civil Procedure.

Dated: April 17, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
Nolen.23cv320.36js