KRISTEN CLARKE
Assistant Attorney General for Civil Rights
SAMEENA SHINA MAJEED
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL LYNN NOLEN;<br>SHIRLEE NOLEN;<br>NOLEN PROPERTIES, LLC;<br>NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and<br>BERNARD CANALE, by and through his successor in interest NANCY CANALE.<br><br>Defendants. | Case No: 2:23-cv-00320-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS JOEL LYNN NOLEN, SHIRLEE NOLEN, AND NOLEN PROPERTIES, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>HEARING DATE: July 25, 2023<br>TIME: 1:30 P.M.<br>PLACE: Courtroom 6<br>JUDGE: Hon. John A. Mendez |

Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between Plaintiff United States of America ("Plaintiff") and Defendants Joel Lynn Nolen, Shirlee Nolen, and Nolen Properties, LLC (collectively, the "Nolen Defendants") as follows:

1. On May 23, 2023, the Nolen Defendants filed their Motion to Dismiss First Amended Complaint.

2. On May 25, 2023, the parties received notice the case was re-assigned to Senior District Judge John A. Mendez. Counsel for the Nolen Defendants was instructed to re-notice the motion to dismiss.

3. The Nolen Defendants filed their Revised Motion to Dismiss First Amended Complaint on June 5, 2023.

4. The deadline to respond to Defendants' Motion is currently June 6, 2023, which is fourteen (14) days after the Nolen Defendants' motion was initially filed.

5. Due to the United States' response period including the Memorial Day holiday and previously planned leave by counsel for the United States, the Parties jointly agree to stipulate to a two-week extension for the United States to respond to the Nolen Defendants' Motion, pursuant to Court approval.

6. With a two-week extension, the United States' deadline to respond would be **June 20, 2023**.

7. The Parties further jointly agree and stipulate to a two-week extension for the Nolen Defendants to file any Reply brief corresponding to the same.

8. With a two-week extension, the Nolen Defendants' deadline to file a Reply brief in support of its motion would be **July 14, 2023**.

9. There has been no previous extension of time requested or granted for these deadlines.

10. This extension is not to delay this matter, but to allow the Parties adequate time to prepare their response to and reply in support of the Motion.

11. This extension will not impact any other hearings or deadlines in this matter. The hearing on the Motion has not yet been set.

Dated: June 5, 2023

Respectfully submitted,

For the United States of America:

| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>Eastern District of California | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| /s/ Emilia P. E. Morris<br>EMILIA P. E. MORRIS<br>Assistant United States Attorney | /s/ Arielle R. L. Reid<br>ARIELLE R. L. REID<br>ALAN A. MARTINSON<br>Trial Attorneys<br>SAMEENA SHINA MAJEED<br>Chief<br>MEGAN K. WHYTE DE VASQUEZ<br>Deputy Chief |

For Defendants Joel Nolen, Shirlee Nolen, and Nolen Properties, LLC:

Dated: June 5, 2023                                            SIERRA LAW CENTER, APC

/S/ Jacob Zamora, Esq.
JACOB ZAMORA

# **ORDER**

The stipulation of the parties is **APPROVED**.

IT IS SO ORDERED.

Dated: June 05, 2023                    /s/ John A. Mendez
                                                             THE HONORABLE JOHN A. MENDEZ
                                                             SENIOR UNITED STATES DISTRICT JUDGE