KRISTEN CLARKE
Assistant Attorney General for Civil Rights
CARRIE PAGNUCCO
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
KATHERINE A. RAIMONDO
Trial Attorneys
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:23-cv-00320-JAM-CKD |
| Plaintiff, | |
| vs. | STIPULATION TO AMEND SCHEDULING ORDER |
| | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 59)** |
| JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE. | |
| Defendants. | |

Plaintiff United States of America and Defendants Joel L. Nolen, Shirlee Nolen, Nolen

Properties, LLC, Nancy Canale, as trustee of the Bernard Canale and Nancy Canale 1998

ORDER

1

Revocable Trust, and Bernard Canale, by and through his successor in interest Nancy Canale, stipulate as follows:

1. On September 14, 2023, the Court entered a Pretrial Scheduling Order (ECF 44) ("Scheduling Order").

2. On March 5, 2024, upon stipulation of the parties, the court entered an Order Modifying Pretrial Scheduling Order (ECF 52), which set forth the following schedule:

| | |
|---|---|
| Expert Witness Disclosures | July 5, 2024 |
| Supplemental/Rebuttal Expert Disclosures | July 19, 2024 |
| Joint Mid-Litigation Statements | August 16, 2024 |
| Close of All Discovery | August 30, 2024 |
| Last Day to File Dispositive Motions | October 25, 2024 |
| Hearing on Dispositive Motions | January 7, 2025 |
| Final Pretrial Conference | March 7, 2025 |
| Trial | April 28, 2025 |

3. On May 6, 2024, after meet and confer efforts regarding Defendants Joel and Shirlee Nolen's responses to the United States' requests for production and interrogatories were unsuccessful, the United States filed a Notice of Motion and Motion to Compel (ECF 55), accompanied by a Joint Statement re: Discovery Disagreement (ECF 56). Oral argument was held on the motion on May 29, 2024.

4. On May 30, 2024, the Court issued an Order regarding the United States' motion to compel (ECF 58). Among other things, the Court ordered Defendants Joel and Shirlee Nolen to provide revised responses to interrogatories and produce documents related to their financial condition within 21 days (i.e., by June 20, 2024).

5. The United States intends to disclose an expert to address issues related to Defendants Joel and Shirlee Nolen's financial condition. In order to sufficiently review and analyze the anticipated additional financial information that will be produced by Defendants and incorporate it into an expert report, the United States' expert requires a brief additional period of time, beyond the current July 5 deadline, to prepare and finalize an expert report.

6. Therefore, the parties have agreed that an extension of certain deadlines is appropriate to provide additional time to complete expert disclosures. The parties propose the following schedule, which does not alter the trial date:

|  | Current Date | Proposed Date |
|---|---|---|
| Expert Witness Disclosures | July 5, 2024 | August 2, 2024 |
| Supplemental/Rebuttal Expert Disclosures | July 19, 2024 | August 16, 2024 |
| Joint Mid-Litigation Statements | August 16, 2024 | September 13, 2024 |
| Close of All Discovery | August 30, 2024 | September 30, 2024 |
| Last Date to File Dispositive Motions | October 25, 2024 | November 1, 2024 |
| Hearing on Dispositive Motions | January 7, 2025 | January 7, 2025 |
| Final Pretrial Conference | March 7, 2025 | March 7, 2025 |
| Trial | April 28, 2025 | April 28, 2025 |

RESPECTFULLY SUBMITTED,

For the United States:

DATED: June 17, 2024

PHILLIP A. TALBERT
United States Attorney
Eastern District of California

/s/ Emilia P. E. Morris
EMILIA P. E. MORRIS
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

/s/ Alan A. Martinson
CARRIE PAGNUCCO
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
KATHERINE A. RAIMONDO
Trial Attorneys

For the Defendants:

ORDER

3

| | | |
|---|---|---|
| 1 | DATED:  June 17, 2024 | SIERRA LAW CENTER, APC |

By: /s/ Jacob Zamora
JACOB ZAMORA
Attorneys for Defendant
NOLEN PROPERTIES, LLC

DATED:  June 17, 2024         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Jeffrey E. Schultz
JOHN S. POULOS
JEFFREY E. SCHULTZ
Attorneys for Defendants JOEL NOLEN
and SHIRLEE NOLEN

DATED:  June 17, 2024         JACOBS, ANDERSON, POTTER, HARVEY AND CECIL LLP

By: /s/ Andrea Wieder
DOUG JACOBS
ANDREA WIEDER
Attorneys for Defendants NANCY
CANALE and BERNARD CANALE

ORDER                                                                                                         4

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Pursuant to the parties' stipulation and good cause appearing, the pretrial scheduling order is **MODIFIED** as follows:

|  | **New Date** |
|---|---|
| Expert Witness Disclosures | **August 2, 2024** |
| Supplemental/Rebuttal Expert Disclosures | **August 16, 2024** |
| Joint Mid-Litigation Statements | **September 13, 2024** |
| Close of All Discovery | **September 30, 2024** |
| Last Date to File Dispositive Motions | **November 22, 2024** |
| Hearing on Dispositive Motions | **January 28, 2025, at 01:00 p.m.**[1] |
| Joint Pretrial Statement Filing Deadline | **March 13, 2025** |
| Final Pretrial Conference | **March 21, 2025, at 11:00 a.m.** |
| Trial (5-10 days) | **May 05, 2025, at 09:00 a.m.** |

All other instructions contained in the September 14, 2023 Pretrial Scheduling Order (ECF No. 44) shall remain in effect.

IT IS SO ORDERED.

Dated: June 17, 2024         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.