KRISTEN CLARKE
Assistant Attorney General for Civil Rights
CARRIE PAGNUCCO
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
KATHERINE A. RAIMONDO
Trial Attorneys
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America

Douglas B. Jacobs SBN 084153
Andrea M. Wieder SBN 339490
JACOBS, ANDERSON, POTTER,
HARVEY & CECIL, LLP
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310
djacobs@japhclaw.com
awieder@japhclaw.com

Attorney for Defendants,
NANCY CANALE and
NANCY CANALE AS TRUSTEE OF THE BERNARD CANALE
AND NANCY CANALE 1998 REVOCABLE TRUST

STIPULATION AND ORDER OF DISMISSAL OF NANCY CANALE, AS TRUSTEE OF THE BERNARD CANALE AND NANCY CANALE 1998 REVOCABLE TRUST, AND BERNARD CANALE, BY AND THROUGH HIS SUCCESSOR IN INTEREST NANCY CANALE

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE.<br><br>　　　　Defendants. | Case No: 2:23-cv-00320-JAM-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL OF NANCY CANALE, AS TRUSTEE OF THE BERNARD CANALE AND NANCY CANALE 1998 REVOCABLE TRUST, AND BERNARD CANALE, BY AND THROUGH HIS SUCCESSOR IN INTEREST NANCY CANALE** |

Pursuant to the Court's Order of September 27, 2024 (ECF No. 77), Plaintiff United States of America (the "United States") and Defendants Nancy Canale, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust, and Defendant Bernard Canale, by and through his successor in interest Nancy Canale (the "Canale Defendants"), submit this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)[1]:

　　1.　　On September 19, 2024, the United States and the Canale Defendants submitted a proposed Consent Order resolving the United States' claims against the Canale Defendants, for entry by this Court. ECF No. 68.

　　2.　　On September 27, 2024, the Court entered the Consent Order. ECF No. 78.

　　3.　　As provided in Paragraph 26 of the Consent Order, the Court shall retain jurisdiction for a period of five (5) years after entry of the Consent Order, for the purpose of enforcing or interpreting the provisions of the Consent Order.

---

[1] Although Rule 41 speaks in terms of dismissal of actions, the Rule may be used to dismiss all claims against individual defendants without dismissing the entire action. *See Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993).

STIPULATION AND ORDER OF DISMISSAL OF NANCY CANALE, AS TRUSTEE OF THE BERNARD CANALE AND NANCY CANALE 1998 REVOCABLE TRUST, AND BERNARD CANALE, BY AND THROUGH HIS SUCCESSOR IN INTEREST NANCY CANALE

2

4. Therefore, the United States and the Canale Defendants submit that all claims against the Canale Defendants should be dismissed without prejudice to the United States' right to seek the Court's intervention to resolve any disputes as to the Consent Order.

5. This Stipulation of Dismissal is not intended in any way to affect the pendency of claims in this Civil Action against defendants other than the Canale Defendants.

Dated this 3rd day of October, 2024.

Respectfully submitted,

*For the United States:*

| | |
|---|---|
| PHILLIP A. TALBERT | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Eastern District of California | Civil Rights Division |
| | |
| /s/ Emilia P.E. Morris | /s/ Arielle R.L. Reid |
| EMILIA P. E. MORRIS | CARRIE PAGNUCCO |
| Assistant United States Attorney | Chief |
| | MEGAN K. WHYTE DE VASQUEZ |
| | Deputy Chief |
| | ARIELLE R. L. REID |
| | ALAN A. MARTINSON |
| | KATHERINE A. RAIMONDO |
| | Trial Attorneys |

*For NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE:*

JACOBS, ANDERSON, POTTER, HARVEY & CECIL, LLP

/s/ Andrea M. Wieder
Andrea M. Wieder

STIPULATION AND ORDER OF DISMISSAL OF NANCY CANALE, AS TRUSTEE OF THE BERNARD CANALE AND NANCY CANALE 1998 REVOCABLE TRUST, AND BERNARD CANALE, BY AND THROUGH HIS SUCCESSOR IN INTEREST NANCY CANALE

**ORDER**

The stipulation is **APPROVED**.

Defendants Nancy Canale, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust, and Defendant Bernard Canale, by and through his successor in interest Nancy Canale (the "Canale Defendants), are **DISMISSED** from the case without prejudice to the United States' right to seek the Court's intervention to resolve any disputes as to the Consent Order between the United States and the Canale Defendants (ECF No. 78).

Upon the expiration of the Consent Order, the Canale Defendants shall be **DISMISSED with prejudice**.

SO ORDERED.

Dated: October 03, 2024         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF NANCY CANALE, AS TRUSTEE OF THE BERNARD CANALE AND NANCY CANALE 1998 REVOCABLE TRUST, AND BERNARD CANALE, BY AND THROUGH HIS SUCCESSOR IN INTEREST NANCY CANALE

4