**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOHN S. POULOS, SBN 154689
   E-Mail: John.Poulos@lewisbrisbois.com
JEFFREY E. SCHULTZ, SBN 335323
   E-Mail: Jeffrey.Schultz@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
SHIRLEE NOLEN and JOEL LYNN NOLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOEL LYNN NOLEN, an Individual; SHIRLEE NOLEN, an Individual; and NOLEN PROPERTIES, LLC., a dissolved Limited Liability Company; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, a Deceased Individual by and through his successor in interest NANCY CANALE,<br><br>        Defendants. | Case No. 2:23-cv-00320-JAM-CKD<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION OF ADAM HOWARD**<br><br><br><br><br><br>Judge:   Hon. John A. Mendez<br><br>*Action Filed:*   February 22, 2023<br>*Trial Date:*   May 5, 2025 |

      Plaintiff UNITED STATES OF AMERICA and Defendants JOEL LYNN NOLEN and SHIRLEE NOLEN stipulate and move the Court as follows:

      On September 14, 2023, the Court entered a Pretrial Scheduling Order (ECF 44) ("Scheduling Order"). The Scheduling Order was subsequently modified on March 5, 2024 (ECF 52), and June 18, 2024 (ECF 60). Under the current schedule, the discovery period ended on September 30, 2024. The Parties completed all discovery by September 30, with the exception of the depositions as set forth in the Joint Motion to Permit Depositions Following Close of Discovery

1  (ECF 79). Pursuant to that stipulation, the Parties agreed to schedule Adam Howard's deposition no
2  later than October 10, 2024.
3     Due to previously unforeseen circumstances Mr. Howard is unavailable on October 10,
4  2024. The Parties met and conferred and agreed to move his deposition to October 17, 2024. The
5  Parties do not believe that taking Mr. Howard's deposition after October 10, 2024 will have any
6  adverse effect on the current case schedule. The Parties do not anticipate that Mr. Howard's
7  testimony will be relevant to any dispositive motions.
8     The Parties hereby stipulate to, and respectfully request that the Court, modify the
9  Scheduling Order to allow Mr. Howard's deposition to take place no later than October 17, 2024.
10
11 IT IS SO STIPULATED AND RESPECTFULLY SUBMITTED,
12
13 DATED: October 4, 2024          LEWIS BRISBOIS BISGAARD & SMITH LLP
14
15                                 By:  /s/ Jeffrey E. Schultz
                                        JOHN S. POULOS
16                                      JEFFREY E. SCHULTZ
                                        Attorneys for Defendants,
17                                      JOEL LYNN NOLEN, SHIRLEE NOLEN
18
19 DATED: October 8, 2024          UNITED STATES ATTORNEY
20
21                                 By:     s/s Emilia P.E. Morris
                                        PHILLIP A. TALBERT
22                                      EMILIA P.E. MORRIS
                                        Attorneys for Plaintiff
23
24
25
26
27
28



*[Signatures continued on next page.]*

DATED: October 8, 2024                HOUSING AND CIVIL ENFORCEMENT SECTION
                                      UNITED STATES DEPARTMENT OF JUSTICE

                                      By:      */s/ Alan Martinson*
                                               KRISTEN CLARKE
                                               CARRIE PAGNUCCO
                                               MEGAN K. WHYTE DE VASQUEZ
                                               ARIELLE R. L. REID
                                               KATHERINE A. RAIMONDO
                                               ALAN A. MARTINSON
                                               Attorneys for Plaintiff

DATED: October 8, 2024                SIERRA LAW CENTER, APC

                                      By:      */s/ Jacob Zamora*
                                               JACOB ZAMORA
                                               Attorneys for Defendant,
                                               NOLEN PROPERTIES, LLC

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

146787712.1

3

STIPULATION REGARDING DEPOSITION OF ADAM HOWARD

## ORDER

Good cause appearing, and the parties having stipulated,

IT IS HEREBY ORDERED that

1. Plaintiff United States of America may conduct the deposition of Mr. Adam Howard by **October 17, 2024**, notwithstanding the close of discovery on September 30, 2024 or the previous Order permitting Mr. Howard's deposition to take place on or before October 10, 2024.

IT IS SO ORDERED

Dated: October 10, 2024              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE