KRISTEN CLARKE
Assistant Attorney General for Civil Rights
CARRIE PAGNUCCO
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE,<br><br>　　　　　Defendants. | Case No: 2:23-cv-00320-JAM-CKD<br><br>**ORDER ON UNITED STATES' REQUEST TO SEAL** |

The United States has filed a Notice of Request to File Documents Under Seal. The United States requests leave to publicly file a redacted version of the following documents and

ORDER　　　　　　　　　　　　　　　　1

place an unredacted version of the documents under seal in order to protect public disclosure of information about aggrieved persons in this case, consistent with the Joint Confidentiality Agreement and Protective Order, ECF No. 41:

1. Exhibit 1 to the Declaration of Arielle R. L. Reid, Excerpts from the United States September 10, 2024 deposition of Defendant Shirlee Nolen; and
2. Exhibit 2 to the Declaration of Arielle R. L. Reid, Excerpts from the United States October 8, 2024 deposition of Defendant Joel Lynn Nolen.

The Court does not seal case documents from public view without good cause. As the exhibits reveal the names and private information about aggrieved persons that are subject to a Protective Order in effect in this case, the Court finds that an unredacted version of these documents should be filed under seal. Further, the United States may file a redacted version of these documents on the public docket. It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court. Accordingly, the Court shall grant the United States' request for an order to file the above unredacted documents under seal and publicly file a redacted version. The Clerk of Court shall be directed to file under seal the above unredacted document submitted by the United States until it is ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The United States' Request to Seal Documents is Granted;
2. The United States' Request to File Redacted Documents on the Public Record is Granted; and
3. The Clerk of Court is DIRECTED to file under seal unredacted copies of the above documents until they are ordered unsealed by the Court.

IT IS SO ORDERED.

Dated: November 25, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE