KRISTEN CLARKE
Assistant Attorney General for Civil Rights
CARRIE PAGNUCCO
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America


LEWIS BRISBOIS BISGAARD & SMITH LLP
JOHN S. POULOS, SBN 154689
E-Mail: John.Poulos@lewisbrisbois.com
JEFFREY E. SCHULTZ, SBN 335323
E-Mail: Jeffrey.Schultz@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants
JOEL LYNN NOLEN and SHIRLEE NOLEN


SIERRA LAW CENTER, APC
Jacob Zamora, Esq., (SBN 223911)
748 S. Meadows Parkway, Unit A9-183
Reno, Nevada 89521
Telephone: (530) 798-3548
Facsimile: (530) 687-0330
Email: jdz@jdzlaw.com

Attorney for Defendant
NOLEN PROPERTIES, LLC

STIPULATION AND ORDER ON BRIEFING SCHEDULE

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE.<br><br>Defendants. | Case No: 2:23-cv-00320-JAM-CKD<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE**<br><br>Hearing Date: February 11, 2025<br>Hearing Time: 1:00pm<br>Ctrm: 6<br>District Judge: Hon. John A. Mendez<br>Trial date: May 5, 2025 |

Plaintiff the United States of America and Defendants Joel Nolen, Shirlee Nolen, and Nolen Properties, LLC, stipulate as follows:

On November 22, 2024, Plaintiff filed its Motion for Partial Summary Judgment ("MSJ") (ECF No. 85). On December 5, 2024, the parties filed a stipulation requesting deadlines of December 31, 2024 for Defendants' oppositions and January 14, 2025 for Plaintiff's reply. ECF No. 89. On December 6, 2024, the Court issued a minute order setting December 23, 2024 as the opposition deadline and January 6, 2025 as the reply deadline, and also re-setting the hearing date from January 28, 2025 to January 21, 2025. ECF No. 90. The parties have met and conferred regarding the re-set hearing date, deadlines for filing oppositions and reply, and counsel availability and schedules. The parties agree that good cause exists to re-set the hearing on Plaintiff's MSJ to **February 11, 2025, at 1:00 p.m.**, with a briefing schedule matching the dates previously stipulated to by the parties.

Therefore, after meeting and conferring, the parties hereby stipulate to the following schedule regarding Plaintiff's MSJ:

1. Defendants' oppositions are due: December 31, 2024
2. Plaintiff's reply is due: January 14, 2025

STIPULATION AND ORDER ON BRIEFING SCHEDULE    2

3. The hearing on Plaintiff's motion is reset for **February 11, 2025, at 1:00 p.m.**

RESPECTFULLY SUBMITTED,

For the United States:

DATED:  December 12, 2024

| PHILLIP A. TALBERT | KRISTEN CLARKE |
|---|---|
| United States Attorney | Assistant Attorney General |
| Eastern District of California | Civil Rights Division |

| */s/ Emilia P. E. Morris* | */s/ Arielle R. L. Reid* |
|---|---|
| EMILIA P. E. MORRIS | CARRIE PAGNUCCO |
| Assistant United States Attorney | Chief |
| | MEGAN K. WHYTE DE VASQUEZ |
| | Deputy Chief |
| | ARIELLE R. L. REID |
| | ALAN A. MARTINSON |
| | Trial Attorneys |

For the Defendants:

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED:  December 11, 2024

By: */s/ John S. Poulos*
JOHN S. POULOS
JEFFREY E. SCHULTZ
Attorneys for Defendants JOEL NOLEN and SHIRLEE NOLEN

SIERRA LAW CENTER, APC

DATED:  December 11, 2024

By: */s/ Jacob Zamora*
JACOB ZAMORA
Attorneys for Defendant
NOLEN PROPERTIES, LLC

# ORDER

Good cause appearing, and the parties having stipulated,

IT IS HEREBY ORDERED that

1. Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment is due December 31, 2024.

2. Plaintiff's Reply to Plaintiff's Motion for Partial Summary Judgment is due January 14, 2025.

3. The hearing on Plaintiff's Motion for Partial Summary Judgment is RESET for **February 11, 2025, at 1:00 p.m.**

IT IS SO ORDERED.

Dated: December 12, 2024           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE