HARMEET K. DHILLON
Assistant Attorney General
MICHAEL E. GATES
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief
AMIE S. MURPHY
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

MICHELE BECKWITH
Acting United States Attorney
TARA A. AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:    (916) 554-2700
Facsimile:    (916) 554-2900
Email: Tara.Amin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-00320-JAM-CKD |
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE. | |
| Defendants. | |

PLEASE TAKE NOTICE that the following attorney is no longer counsel of record in this action. A request is hereby made that she be removed from the docket and ECF notices.

DESIGNATION OF COUNSEL

1

Emilia P.E. Morris
United States Attorney's Office
Civil Division – ACE Unit
Robert E. Coyle US Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497 - 4084
Fax: (559) 497-4099
Email: emilia.morris@usdoj.gov

The following member of the United States Attorney's Office will continue to serve as counsel of record for Plaintiff United States of America in this action:

Tara A. Amin
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Email: tara.amin@usdoj.gov

All other counsel of record for the United States of America remain the same and unaffected.

Dated:  June 12, 2025                               Respectfully submitted,

                                                    MICHELE BECKWITH
                                                    Acting United States Attorney

                                      By:    /s/  Tara A. Amin
                                              TARA A. AMIN
                                              Assistant United States Attorney

DESIGNATION OF COUNSEL

2