```
 1  HARMEET K. DHILLON
    Assistant Attorney General
 2  MICHAEL E. GATES
    Deputy Assistant Attorney General
 3  CARRIE PAGNUCCO
    Chief
 4  AMIE S. MURPHY
    Deputy Chief
 5  ARIELLE R. L. REID
    ALAN A. MARTINSON
 6  Trial Attorneys
    Housing and Civil Enforcement Section
 7  Civil Rights Division
    United States Department of Justice
 8  950 Pennsylvania Avenue NW
    Washington, DC 20530
 9  Tel: (202) 598-1575

10  MICHELE BECKWITH
    Acting United States Attorney
11  EMILIA P. E. MORRIS
    Assistant United States Attorney
12  Eastern District of California
    2500 Tulare Street, Suite 4401
13  Fresno, CA  93721
    Tel: (559) 497-4000
14
    Attorneys for Plaintiff United States of America
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:23-cv-00320-JAM-CKD |
| Plaintiff, | |
| vs. | **ORDER GRANTING ADDITIONAL TWO DAYS TO FILE DISPOSITIONAL DOCUMENTS (ECF No. 119)** |
| JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE. | |
| Defendants. | |

ORDER                                                                                                                   1

Having considered the request of the United States and for good cause shown,

**IT IS HEREBY ORDERED** that the parties shall have until and including June 12, 2025, within which to finalize and file dispositional documents in this action.

**IT IS SO ORDERED.**

Dated: June 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE