HARMEET K. DHILLON
Assistant Attorney General
MICHAEL E. GATES
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief
AMIE S. MURPHY
Deputy Chief
ARIELLE R. L. REID
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 598-1575

MICHELE BECKWITH
Acting United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Tel: (559) 497-4000

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOEL LYNN NOLEN; SHIRLEE NOLEN; NOLEN PROPERTIES, LLC; NANCY CANALE, as trustee of the Bernard Canale and Nancy Canale 1998 Revocable Trust; and BERNARD CANALE, by and through his successor in interest NANCY CANALE. <br><br> Defendants. | Case No: 2:23-cv-00320-JAM-CKD <br><br> **ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO ENTER CONSENT ORDER BETWEEN THE UNITED STATES AND JOEL LYNN NOLEN, SHIRLEE NOLEN, AND NOLEN PROPERTIES, LLC** <br> **(ECF No. 120)** |

ORDER                                                                                           1

The United States' unopposed motion (ECF No. 120) is **GRANTED**.

The Consent Order at ECF No. 120-1, is entered as a final resolution of the United States' claims against the Nolen Defendants in this case.

The clerk shall enter the signed Consent Order as a separate docket entry.

This Court will retain jurisdiction to enforce the terms of the Consent Order and will be the sole venue for any dispute arising thereunder.

IT IS SO ORDERED.

Dated: June 18, 2025            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE